UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANCHIE FARMER,<br><br>    Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil No. 14-cv-694-JPG<br><br>Criminal No 11-cr-40073-JPG-001 |

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Franchie Farmer's motion for leave to appeal *in forma pauperis* (Doc. 24). A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); Fed. R. App. P. 24(a)(3)(A). A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000). The test for determining if an appeal is in good faith or not frivolous is whether any of the legal points are reasonably arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

The Court is satisfied from Farmer's affidavit that she is indigent. The Court further finds that the appeal is taken in good faith. Accordingly, the Court **GRANTS** the motion for leave to proceed on appeal *in forma pauperis* (Doc. 24). The Court **DIRECTS** the Clerk of Court to send a copy of this order to the Court of Appeals for use in conjunction with Appeal No. 15-1483.

**IT IS SO ORDERED.**
**DATED:** March 25, 2015

                                                s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**